JULIE A. MERSCH, ESQ.
Nevada Bar No. 004695
LAW OFFICE OF JULIE A. MERSCH
701 S. 7th Street
Las Vegas, NV  89101
(702) 387-5868
Fax: (702) 387-0109
jam@merschlaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JESSIE MURRAY,<br><br>        Plaintiff,<br><br>vs.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA, as Claims Administrator of the MGM Resorts International Short-Term and Long-Term Disability Plans;  DOES I through V inclusive; and ROES I through V, inclusive,<br><br>        Defendants. | CASE NO.: 2:14-cv-00467-JCM-GWF<br><br>**STIPULATION TO LIFT STAY OF PROCEEDINGS** |

Pursuant to the Order of this Court dated May 23, 2014 [docket 10], the parties hereby respectfully request the stay of proceedings be lifted in order to proceed with judicial review.

Plaintiff filed suit against Defendant Sun Life on March 27, 2014, alleging wrongful denial of short-term disability insurance benefits under ERISA.  In the interests of judicial economy, on May 21, 2014, the parties agreed and stipulated to stay litigation to allow Plaintiff to submit her long-term disability claim to Sun Life and exhaust her administrative remedies.  This Court ordered the stay on May 23, 2014.  As such, Defendant did not file its answer to Plaintiff's complaint.  The administrative appeals process for the long-term disability claim is now complete, and Plaintiff has the right to proceed with her ERISA claims in federal court.

WHEREAS, the parties jointly stipulate that the stay of proceedings be lifted.  Plaintiff will file an amended complaint on or before August 26, 2015 to include her long-term disability claim. Pursuant to the parties' May 21, 2014 stipulation, Defendant will not object to the filing of an amended complaint to include the long-term claim.

1  DATED this 7th day of August, 2015.

2  LAW OFFICE OF JULIE A. MERSCH          OGLETREE, DEAKINS, NASH, SMOAK & STEWART, PC

By: /s/ Julie A. Mersch                           By: /s/ Jill Garcia
    JULIE A. MERSCH, ESQ.                      Jill Garcia, Esq.
    Nevada Bar No. 004695                       Nevada Bar No. 007805
    701 S. 7th Street                           Wells Fargo Tower, Suite 1500
    Las Vegas, Nevada 89101                     3800 Howard Hughes Pkwy.
    Attorney for Plaintiff                      Las Vegas, NV 89169
                                                                              Attorneys for Defendant

**ORDER**

IT IS SO ORDERED.

_/s/ George Foley Jr._
UNITED STATES MAGISTRATE JUDGE

Dated: August 10, 2015

W:\MURRAY\PLDGS\JtStatusRept&Stip2LiftStay.wpd

2