JULIE A. MERSCH, ESQ.
Nevada Bar No. 004695
LAW OFFICE OF JULIE A. MERSCH
701 S. 7th Street
Las Vegas, NV 89101
(702) 387-5868
Fax: (702) 387-0109
jam@merschlaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JESSIE MURRAY,<br><br>                    Plaintiff<br><br>          v.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA,<br><br>                    Defendant | Civil Action No.:  2:14-cv-00467-JCM-GWF<br><br>**DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**SPECIAL SCHEDULING REQUESTED** |

Plaintiff JESSIE MURRAY and Defendant SUN LIFE ASSURANCE COMPANY OF CANADA jointly move this Court for a special scheduling review of the parties' proposed discovery plan in this matter.

I.    **RULE 26(F) CONFERENCE.**

Pursuant to FRCP 26(f), a meeting was held on October 14, 2015, attended by Julie A. Mersch, Esq., counsel for Plaintiff, and Kyle Kirby, Esq., counsel for Defendant.  Counsel discussed the claims and legal issues at the meeting and agreed that the standard discovery plan is not best-suited for this lawsuit for the reasons set forth below.

II.    **NATURE OF CASE AND PURPOSE OF SPECIAL REVIEW.**

This dispute involves Plaintiff's claim for benefits under a policy of group short-term and long-term disability insurance issued by Defendant to Plaintiff's employer, MGM Resorts International, for the benefit of its employees.  The Plaintiff's amended complaint alleges a claim

under the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001, et seq.

("ERISA").  Discovery may be limited to the administrative record for Plaintiff's administrative

claim and appeal.

Accordingly, the parties jointly request that this Court review and adopt the proposed

discovery and case schedule set forth below:

## III.   PROPOSED PLAN.

The parties have conferred and agreed as follows:

A.   Production and Review of the Administrative Record:  Defendant will produce a

proposed administrative record for Plaintiff's review by **November 10, 2015.**  On or before

**December 8, 2015**, Plaintiff will notify Defendant of her position as to the following issues: (1)

whether Plaintiff believes that any additional documents should be added to the administrative

record; (2) whether Plaintiff believes that any documents contained in the proposed

administrative record should be omitted, and (3) whether Plaintiff will file a motion seeking

leave to conduct any discovery beyond the administrative record produced by Defendant.

B.   Filing of Administrative Record/Motion for Discovery:   On or before **December

22, 2015,** the parties will file a joint administrative record with this Court.  In the event the parties

cannot reach an agreement on the joint administrative record, Plaintiff will file any motions that

she believes are appropriate, including but not limited to moving to conduct discovery beyond the

administrative record and/or moving to supplement or omit from the administrative record, by

**January 11, 2016,** and Defendant expressly reserves the right to oppose any such motions filed

by Plaintiff (pending determination on any motions, the parties will file on **February 5, 2016**

those portions of the administrative record on which they do agree).

/ / / /

- 2 -

C.    Briefing Schedule for Legal Issues/Merits of the Case:

The primary legal issues in this matter are the following: (1) the standard of review to be applied to Defendant's decision to deny Plaintiff's claim for short- and long-term disability benefits; and (2) whether, applying that standard of review, Defendant's decision should be affirmed by the Court.

If a joint administrative record is timely filed and Plaintiff does not seek to conduct discovery beyond the administrative record, or to supplement or omit from the administrative record, the parties propose that dispositive motions be filed no later than **February 19, 2016**. Thereafter, the parties will file opposing memoranda by **March 11, 2016,** and reply memoranda by **March 25, 2016.**

If Plaintiff does seek and is permitted discovery beyond the administrative record, the above deadlines will be suspended.  The parties will work together and with the Court to prepare a new scheduling order, and may seek a status conference to address any outstanding discovery or other issues.

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

1      WHEREFORE, the parties jointly request that this Court adopt the proposed discovery

2  and case schedule set forth herein.

3  Dated this 29th day of October, 2015.            Dated this 29th day of October, 2015.

4  LAW OFFICE OF JULIE MERSCH              PIERCE ATWOOD, LLP

5

6  By:  /s/ Julie A. Mersch                         By:  /s/ Kyle N. Kirby
          Julie A. Mersch, Esq.                           Kyle N. Kirby, Esq. (Pro Hac Vice)
7          Nevada Bar No.: 004695                          254 Commercial St.
          701 S. 7th Street                                Portland, ME 04101
8          Las Vegas, NV 89101
           Attorney for Plaintiff                          Jill Garcia, Esq.
9                                                          Nevada Bar No. 007805
                                                           OGLETREE, DEAKINS, NASH,
10                                                         SMOAK & STEWART, PC
                                                           Wells Fargo Tower, Suite 1500
11                                                         3800 Howard Hughes Pkwy.
                                                           Las Vegas, NV 89169
12                                                          Attorneys for Defendant

13

14

15                              **IT IS SO ORDERED,**

16                              Dated this 3rd day of November, 2015.

17

18                              _____
                                UNITED STATES MAGISTRATE JUDGE
19

20

21

22

23

24

25
                                    - 4 -