JULIE A. MERSCH, ESQ.
Nevada Bar No. 004695
LAW OFFICE OF JULIE A. MERSCH
701 S. 7th Street
Las Vegas, NV 89101
(702) 387-5868
Fax: (702) 387-0109
jam@merschlaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JESSIE MURRAY,<br><br>     Plaintiff<br><br>v.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA,<br>     Defendant | Civil Action No.: 2:14-cv-00467-JCM-GWF<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

NOW COME Plaintiff Jessie Murray and Defendant Sun Life Assurance Company of Canada, by and through their attorneys, and stipulate that this action is dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(ii). The parties shall bear their own respective costs and attorney's fees.

Dated:  January 4, 2016.

FOR THE PLAINTIFF:

By: /s/ Julie A. Mersch
Julie A. Mersch
Law Office of Julie A. Mersch
701 S. 7th Street
Las Vegas, NV 89101-
702-387-5868
Fax: 702-387-0109
Email: jam@merschlaw.com

FOR THE DEFENDANT:

By: /s/ Kyle N. Kirby
Kyle N. Kirby, *pro hac vice*
Pierce Atwood LLP
Merrill's Wharf
254 Commercial St.
Portland, ME 04101
207-791-1239
Email: kkirby@pierceatwood.com

**IT IS SO ORDERED,**

Dated January 6, 2016.

_____
UNITED STATES DISTRICT JUDGE